[No. 37197-5-I.   Division One.   July 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN
BRANNON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02875-2, Arthur E. Piehler, J., entered
August 18, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 14724-0-III.   Division Three.   July 9, 1996.]

WAYNE GLADDEN, ET AL., *Appellants*, v. STATE FARM
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-00927-8, Marcus M. Kelly, J.,
entered February 15, 1995. *Reversed* by unpublished
opinion per Munson, J., concurred in by Sweeney, C.J.,
and Thompson, J.

[No. 17167-8-II.   Division Two.   July 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
BURDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 92-1-00287-4, James I. Maddock, J.,
entered May 3, 1993. *Affirmed in part* and *reversed in part*
by unpublished opinion per Wiggins, J. Pro Tem., con-
curred in by Bridgewater, J., and Fleisher, J. Pro Tem.

[No. 17754-4-II.   Division Two.   July 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E.
DeSHIRLIA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00295-1, Robert L. Harris, J., entered
November 5, 1993. *Affirmed* by unpublished opinion per
Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.